# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **BRAZIL RUDOLPH,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:16-cv-57 (RCL)** |
| | ) | |
| **THE CITY OF MONTGOMERY,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The Court hereby **ORDERS** that the parties shall meet and confer within ten (10) days of this date; and it is further

**ORDERED** that, within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order.


**IT IS SO ORDERED** this 25th day of April, 2017.


_____
Royce C. Lamberth
United States District Judge