IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRAZIL RUDOLPH, TITO WILLIAMS,** ) | |
| **and EVELYN BROWN, individually and for** ) | |
| **a class of similarly situated persons,** ) | |
| ) | |
| **Plaintiffs,** ) | **CIVIL ACTION NO.:  2:16-cv-57** |
| ) | |
| **THE CITY OF MONTGOMERY, a municipal** ) | |
| **corporation, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**STIPULATION OF DISMISSAL**

COME NOW the parties to the above matter and stipulate and agree as follows:

1. The Plaintiffs and The City of Montgomery are entering into a settlement of the claims made against the City in this action.

2. Of the claims made by Plaintiffs against District Attorney Daryl Bailey, all of such claims have been dismissed by the Court except the Due Process claim associated with the form of the language in the former collection letter sent to putative class members.

3. The District Attorney has already voluntarily withdrawn the form of letter about which Plaintiffs have made complaint, and now has put in use a different letter, which new form is acceptable to class counsel as satisfying the issues complained of.  Such new form will be submitted to the Court as part of the Settlement Agreement between the Plaintiffs, The City of Montgomery and the Presiding Judge of the Montgomery Municipal Court (as intervenor).

4. Because the new form of letter renders the surviving due process claim moot and all other claims have been dismissed by the Court, Plaintiffs, through counsel, hereby stipulate that the surviving claim against the District Attorney is hereby dismissed on the following reserved terms:

1

(a) If the class settlement between the City and Plaintiffs shall not be finally approved either by the Court or by virtue of withdrawal from such settlement as provided by the Agreement, this dismissal of District Attorney Daryl Bailey shall be deemed to have been without prejudice to the right (but not the obligation) of class counsel to reinstate or re-assert the due process claim originally pled, to the extent it was not dismissed by the U.S. District Court. Failure of the class settlement to be approved shall not automatically reinstate the claim against the District Attorney, but such must be affirmatively reinstated, reasserted and re-pled.

(b) In the event of the Plaintiffs' re-asserting the aforesaid claim, all defenses, including immunity, are preserved to the District Attorney (and to the City and Municipal Court to the extent there is any assertion that such claim affects them or creates any liability against them).

(c) All other claims against the District Attorney, whether subject to the Court's prior order or otherwise are dismissed with prejudice.

Respectfully submitted this 21st day of May, 2018.

        s/ Shannon L. Holliday
        Shannon L. Holliday [ASB-5440-Y77S]
        Robert D. Segall [ASB-7354-E68R]
        Copeland, Franco, Screws & Gill, P.A.
        P.O. Box 347
        Montgomery, AL 36101-0347
        Telephone: 334-834-1180
        Email: holliday@copelandfranco.com
        Email: segall@copelandfranco.com

        s/Kimberly O. Fehl
        Kimberly O. Fehl [ASB-8054-O67K]
        Michael D. Brymer [ASB-0169-I35B]
        City of Montgomery Legal Department
        P. O. Box 1111
        Montgomery, AL 36101-1111

Telephone:  334-625-2050
Email:  kfehl@montgomeryal.gov
Email:  mbrymer@montgomeryal.gov

**ATTORNEYS FOR DEFENDANT**
**CITY OF MONTGOMERY**

s/Benjamin H. Albritton
Benjamin H. Albritton [ASB-0993-R67B]
Assistant Attorney General
Office of the Attorney General
501 Washington Avenue
Montgomery, AL  36130-0152
Telephone:  334-242-7300
Email:  balbritton@ago.state.al.us
**ATTORNEY FOR DEFENDANT**
**DARYL BAILEY**


s/Matthew Swerdlin
Matthew Swerdlin
1736 Oxmoor Road #101
Birmingham, AL 35209
Telephone:  205-795-3517
Email:  matt@attorneyswerdlin.com

s/J. Mitchell McGuire
J. Mitchell McGuire
McGuire & Associates, LLC
31 Clayton Street
Montgomery, AL 36104
Telephone: 334-517-1000
Email:  jmcguire@mandabusinesslaw.com

s/William M. Dawson
William M. Dawson
Dawson Law Office
2229 Morris Avenue
Birmingham, AL 35203
Telephone:  205-795-3512.
Email:  bill@billdawsonlaw.com

**ATTORNEYS FOR PLAINTIFFS**