## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| BRAZIL RUDOLPH, TITO WILLIAMS, and EVELYN BROWN, individually and for a class of similarly situated persons, ) ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION NO.:  2:16-cv-57 |
| THE CITY OF MONTGOMERY, a municipal corporation, et al., ) ) ) | |
| Defendants. ) | |

### ORDER ON MOTION FOR CONSENT JOINDER [PROPOSED]

The Parties to this action have informed the Court that they have reached a proposed class settlement, subject to approval by the Court.  The Defendant City of Montgomery has filed a motion for conditional joinder, by consent, of the Presiding Judge of the Municipal Court of the City of Montgomery, for the purpose of effectuating certain aspects of the relief proposed by the Settlement Agreement.   Such motion is with the consent of the Plaintiffs and the other Defendant.

The City's motion represents that certain fees assessed or to be assessed by the Municipal Court will be cancelled or not collected as set out in the Settlement Agreement, but that such action can only be taken by the Municipal Judges.  Thus the motion asks this Court to permit the joinder of the Presiding Judge as an additional Defendant, for the Municipal Court as a whole.  The petition further advises the Court that such joinder is limited and conditional, and that if this Court should ultimately decline to approve the proposed settlement, the joinder shall be a nullity, and the status of the case will revert to that existing prior to their joinder.  The petition expressly limits the proposed joinder to the purposes set forth in the motion, and does not subject the Presiding Judge or the other Municipal Judges (who otherwise assert that they are entitled to immunity for the

claims made in the Complaint), to the claims asserted in the Complaint. All parties join in the City's petition.

The Court has considered the motion and hereby grants the relief sought, as set out above. This action by the Court shall not be construed to either approve or disapprove the proposed settlement.

DONE and ORDERED this _____ day of _____, 2018.

                                                                                      _____
Hon. Royce C. Lamberth
United States District Judge