UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRAZIL RUDOLPH, TITO WILLIAMS,
and EVELYN BROWN, individually and
for a class of similarly situated persons,

    Plaintiffs,

vs.

THE CITY OF MONTGOMERY,
ALABAMA, *et al.*,

    Defendants.

CASE NO: 2:16-cv-57

**ORDER**

Based on the stipulation made to this Court in ECF No. 39, District Attorney Daryl Bailey is hereby **DISMISSED** from this action.

**SO ORDERED.**

Date: 9/5/18

_____
Royce C. Lamberth
United States District Court