IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRAZIL RUDOLPH, et al.,** ) | |
|    **Plaintiffs,** ) | |
| ) | |
| **v.** ) | Civil Action No. 2:16-cv-00057-RCL- |
| ) | WCs |
| **THE CITY OF MONTGOMERY, et al.** ) | |
|    **Defendants.** ) | |

**MOTION TO WITHDRAW FROM SETTLEMENT**

The undersigned attorney herby moves to withdraw and not continue as part of the proposed settlement resolving this cause, and as grounds would show as follows:

1. That the undersigned has had a secondary role in the prosecution of this action and feels an ethical obligation to represent to the Court that the proposed resolution is inequitable and unfair and should not be consummated in the interests of justice.

2. That the undersigned did not become cognizant that the proposal would affect thousands of persons not directly affected or harmed by the actions complained of in the litigation which was directed at the oppressive actions of the District Attorney's collection efforts.  The rights of many other persons would be affected and extinguished without compensation or access to the courts as a result of the proposed resolution.  Going forward with the proposed settlement would result in numerous objections and interventions. An earlier writing indicated that only seven persons were in the class who had been directly affected by the actions related to the District Attorney.

3. The proposed settlement agreement would be unconscionable in that the rights of the class would be extinguished or compromised without compensation or access to the courts.  There are two other matters pending which might be affected.  To go forward with a fairness hearing would be unnecessary, as there are no circumstances where the resolution might be construed as fair or acceptable. The defendant City seeks to impose a broad scale deprivation of access to the courts tfor thousands of persons not directly related to the subject of this litigation..

4. Should the undersigned need to withdraw completely from further representation in this cause, that alternative can be accomplished.

WHEREFORE, the undersigned moves for an order setting aside the proposed settlement and allowing the matter to proceed as otherwise scheduled.  Further, should the Court deem it necessary or proper, the undersigned will withdraw from further participation in this matter.

By: /s/  William M. Dawson

William M. Dawson

1736 Oxmoor Road, #101

Birmingham, AL 35209

205  795-3512

bill@billdawsonlaw.com

**CERTIFICATE OF SERVICE**

A copy of the foregoing has been served on opposing counsel by Efiling and by mailing a hard copy this the  6th day of September, 2018.

By: /s/ William M. Dawson