UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 6, 2018

# NOTICE OF ERROR

To:      All Counsel of Record

Case Style:   Rudolph et al v. The City of Montgomery et al

Case Number:   2:16-cv-00057-RCL

Referenced Pleading:   MOTION to Withdraw from Settlement

Docket Entry Number:   49

**The referenced pleading was e-filed on \*\*\*September 6, 2018\*\*\* in this case and is hereby STRICKEN as an erroneous duplicate docket entry. Counsel e-filed a corrected motion without contacting the Clerk's Office for proper correction pursuant to the ECF Civil Administrative Procedures.**

**Docket Entry 49 is an erroneous duplicate docket entry. Parties are instructed to disregard docket entry 49 and refer to docket entry 50 for correct entry.**