# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRAZIL RUDOLPH,** *et al.*,    ) | |
| ) | |
| *Plaintiffs*,        ) | |
| ) | |
| v.                  ) | **CIVIL ACTION NO.** |
| ) | **2:16-CV-00057-RCL-WC** |
| **THE CITY of MONTGOMERY,** *et al.*, ) | |
| ) | |
| *Defendants*.       ) | |

## MOTION TO WITHDRAW FROM SETTLEMENT AGREEMENT AND MOTION TO WITHDRAW FROM CASE

Undersigned counsel hereby moves the Court to withdraw and not continue as part of the proposed settlement resolving this cause and, for leave to withdraw from the case in its entirety. Counsel provides the Court with grounds as follows:

1. Undersigned counsel was involved in the very early stages of this matter. Since the early investigative stage and post-filing of the initial complaint, undersigned counsel has had only tertiary involvement in the matter.

2. Undersigned counsel believes that the proposed resolution to this matter is inequitable and unfair and should not be consummated in the interest of justice and fundamental fairness.

3. Undersigned counsel, was recently apprised of the proposed resolution's potential effect on thousands of persons beyond the seven persons

contemplated in earlier writings which described the defendant District Attorney's actions. That said, lawyers are responsible for the documents to which they are signatories. The failure in diligence displayed by counsel with regard to the potential size of the class as contained in the proposed settlement cannot be gainsaid. As a signatory on the agreement, undersigned accepts responsibility for this critical oversight and for not conducting the requisite review.

4. The proposed settlement agreement would be unconscionable in that the rights of the class would be extinguished or compromised without compensation or access to the courts. Moreover, and invariably, numerous objections will result if the proposed settlement agreement is approved. To hold a fairness hearing would be unnecessary, as there are no circumstances in which the resolution, as it stands, might be construed as fair or acceptable to all of those affected.

5. Thousands of persons who are not named parties to this matter will be nonetheless deprived of access to the courts.

6. Because of the tertiary contribution of undersigned counsel in this matter and, the ethical obligation to serve as counsel on matters in a manner representative of professional litigation standards and standards of this Court, undersigned counsel seeks withdrawal from the matter in its entirety.

Based on the foregoing, undersigned counsel respectfully moves the Court to set aside the proposed settlement and, allow the mater to proceed as otherwise scheduled.  Counsel further requests that the Court allow undersigned counsel to withdraw from the settlement resolution and from the matter in its entirety.

Respectfully submitted,

/s/ ***Joseph Mitchell McGuire***
Joseph Mitchell McGuire
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2018, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system, which will send to all counsel of record.

/s/ ***Joseph Mitchell McGuire***
Joseph Mitchell McGuire
*Attorney for Plaintiffs*