UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRAZIL RUDOLPH, TITO WILLIAMS, and EVELYN BROWN, individually and for a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF MONTGOMERY, ALABAMA, *et al.*,<br><br>Defendants. | CASE NO: 2:16-cv-57 |

## ORDER

Upon consideration of defendants' Motion at ECF 57, the Court will **GRANT** defendants' request for additional time to respond to the pending motions at ECF 50 through 56. Defendants will have until October 25, 2018 to respond.

**SO ORDERED.**

Date: 10/2/18

_____
Royce C. Lamberth
United States District Court