**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **BRAZIL RUDOLPH, TITO WILLIAMS,** | ) | |
| **and EVELYN BROWN, individually and** | ) | |
| **for a class of similarly situated persons,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 2:16-cv-00057-RCL** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE CITY OF MONTGOMERY, et al.** | ) | |
| | ) | |
| **Defendants.** | | |

**MOTION TO DISMISS JUDGE MILTON WESTRY AS INTERVENOR IN THIS
MATTER, OR IN THE ALTERNATIVE, TO PERMIT HIM TO WITHDRAW FROM
THESE PROCEEDINGS**

COMES NOW Milton Westry, Presiding Judge of the Montgomery Municipal Court, and moves this Court to dismiss him as a Party to this Proceeding, or, in the alternative, to grant him leave to withdraw.  As grounds, therefore, Judge Westry shows the following:

1.      Judge Westry agreed to intervene in this matter solely for the purpose of facilitating the attempted settlement of this case (*see* Doc. 40 & Doc. 43) pursuant to an abortive effort to achieve a class action settlement agreement which has now been disallowed and is of no effect.

2.      Judge Westry is not, and as never been, sued by Plaintiffs in this matter.

3.      There is no longer any reason for Judge Westry to be a Party to this lawsuit.

4.      Judge Westry's dismissal will prevent any confusion going forward as to who are parties to this lawsuit in its current posture.

5.      The City fully supports this motion for the reasons stated herein.

6.      Plaintiffs' counsel does not oppose Judge Westry's being dismissed without prejudice.

1

WHEREFORE, Judge Milton Westry moves this Honorable Court to dismiss him as a Party in this matter, or, in the alternative, to grant him leave to withdraw his intervention in this matter.

Submitted, this the 4th day of May 2020.

s/Shannon L. Holliday
Shannon Holliday [ASB-5440-Y77S]
COPELAND, FRANCO, SCREWS & GILL, P.A.
P.O. Box 347
Montgomery, AL 36101-0347
holliday@copelandfranco.com
**ATTORNEY FOR DEFENDANT**
**JUDGE MILTON J. WESTRY**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lloyd W. Gathings
Virginia Applebaum
Honora Gathings
Gathings Law
2204 Lakeshore Drive, Suite 406
Birmingham, AL  35209
lgathings@gathingslaw.com
vapplebaum@gathingslaw.com
hgathings@gathingslaw.com

s/Shannon L. Holliday
Of Counsel