UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRAZIL RUDOLPH**, et al., individually and for a class of similarly situated persons, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>**THE CITY OF MONTGOMERY**, et al., )<br>)<br>*Defendants*. )<br>) | Case No. 2:16-cv-57-RCL |

## ORDER

Before the Court are the City's motion for summary judgment, [84] the plaintiffs' motion to strike [102] Exhibit 1 to the City's Evidentiary Submission, and Judge Westry's motion to be dismissed as a party [103].

For the reasons stated in the accompanying memorandum opinion, the Court hereby **GRANTS** the City's motion for summary judgment and **DISMISSES** the complaint in this action with prejudice.

For the reasons stated in the accompanying memorandum opinion, the Court hereby **DENIES** the plaintiffs' motion to strike as moot.

As the motion to dismiss Judge Westry is unopposed, the Court hereby **GRANTS** Judge Westry's motion and **DISMISSES** the complaint against him without prejudice.

It is **FURTHER ORDERED** that this case be terminated on the active dockets of the Court.

Date: 7/7/20

Royce C. Lamberth
United States District Court Judge